Michael Consiglio, appellee, v. Emilio Longhi and Frank Acosto, appellants. Gen. No. 24,607.

Action upon an appeal bond, appeal having been dismissed and writ of error sued out. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

William Navigato, for appellants. James H. McFarland, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Wilson and Company, appellant, v. Everett R. Peacock, appellee. Gen. No. 24,623.

Replevin, by chattel mortgagee of fixtures, against landlord of mortgagor. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

William R. Brown, for appellant. William Annan Taylor, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

James W. Gustat, appellee, v. Daniel Hayes Company, appellant. Gen. No. 24,662.

Judgment for plaintiff in ex parte hearing after denial of defendant's motion for continuance alleged to have been in violation of Rule 12 of the Circuit Court. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Thomas Lindskog, for appellant. Archibald Cattell and Carl A. Waldron, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

George P. Bent Company, appellant, v. Raleigh M. Ott, appellee. Gen. No. 24,693.

Judgment by confession on promissory note opened and judgment for defendant entered for amount of counterclaim. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Thompson, Tyrrell & Chambers, for appellant. James C. Martin and George M. Bagby, for appellee.

Mr. Justice Holdom delivered the opinion of the court.